UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fawn Wilson,

Plaintiff,

v.

Brinker International, Incorporated, a Delaware Corporation, and Chili's of Minnesota, Incorporated, a Minnesota Corporation, both doing business under the assumed name, Romano's Macaroni Grill,

Defendants.

Case Number: 00-2319 DSD/JMM

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

IT IS HEREBY STIPULATED by the Parties, through their respective counsel, that the time for defendants to answer, plead, move or otherwise respond to plaintiff's Complaint is extended to and includes November 15, 2000. This Stipulation is without waiver of any rights of any party.

Date: November 7, 2000

By: [signature]
Celeste E. Culberth (#228187)
Leslie L. Lienemann (#230194)
8400 Lyndale Avenue South
Suite 7
Bloomington, Minnesota 55420
Telephone: (952) 346-0619

ATTORNEYS FOR ~~DEFENDANTS~~ PLAINTIFF

NOV 2000
CLERK

Date: November 7, 2000

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________________
Kathleen M. Mahoney (#66588)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 605-7100

**ATTORNEYS FOR DEFENDANTS**

IT IS SO ORDERED:

Dated: 11/9/00

______________________________
The Honorable John M. Mason
United States Magistrate Judge