UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fawn Wilson,

Plaintiff,

v.

Brinker International, Incorporated, a Delaware Corporation, and Chili's of Minnesota, Incorporated, a Minnesota Corporation, both doing business under the assumed name, Romano's Macaroni Grill and Brinker International Payroll Corporation,

Defendants.

Case Number: 00-2319 DSD/JMM

---

**STIPULATION AND ORDER**

---

WHEREAS the parties have noticed a number of depositions to occur in August prior to the close of discovery; and

WHEREAS witness scheduling conflicts have made it difficult for all of the depositions to be completed before the close of discovery;

The parties, through their respective counsel, hereby stipulate that the following depositions be conducted on the dates and times set forth in this stipulation:

1. The depositions of Erik Salzer, Jay Tobin and Marti Diaz will be conducted consecutively, but not necessarily in this particular order, on September 6, 2001 beginning at 9:00 a.m. and continuing on September 7, 2001, if the witnesses are available, at defendant Brinker International, Inc.'s headquarters in Dallas, Texas. In the event that Erik Salzer, Jay Tobin or Marti Diaz is not available to be deposed on September 7, 2001, the parties agree to

FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

reschedule the depositions of Erik Salzer, Jay Tobin and Marti Diaz for two other consecutive days in September, 2001.

2. The deposition of Chad Solheid will be conducted on September 10, 2001 at 9:30 a.m. in Burnsville, Minnesota;

3. The deposition of Derrick McAlister will be conducted on September 10, 2001 at 1:00 p.m. in Burnsville, Minnesota;

4. The deposition of Kathy Enthrup will be conducted on September 11, 2001 at 2:00 p.m. in Burnsville, Minnesota; and

5. Defendants shall be responsible for paying travel costs associated with conducting the depositions in Dallas for one of the attorneys representing plaintiff in this action; provided, however, that if plaintiff does not obtain a judgment against defendants in the course of this litigation, plaintiff shall reimburse defendants for the amount expended on travel costs in connection with the Dallas depositions.

All other dates set forth in the Court's Scheduling Order shall remain in effect.

Date: ____________________

By: ________________________________
Celeste E. Culberth (#228187)
Leslie L. Lienemann (#230194)
210 North River Ridge Circle
Burnsville, Minnesota 55337
Telephone: (952) 346-0619

**ATTORNEYS FOR PLAINTIFF**

reschedule the depositions of Erik Salzer, Jay Tobin and Marti Diaz for two other consecutive days in September, 2001.

2. The deposition of Chad Solheid will be conducted on September 10, 2001 at 9:30 a.m. in Burnsville, Minnesota;

3. The deposition of Derrick McAlister will be conducted on September 10, 2001 at 1:00 p.m. in Burnsville, Minnesota;

4. The deposition of Kathy Enthrup will be conducted on September 11, 2001 at 2:00 p.m. in Burnsville, Minnesota; and

5. Defendants shall be responsible for paying travel costs associated with conducting the depositions in Dallas for one of the attorneys representing plaintiff in this action; provided, however, that if plaintiff does not obtain a judgment against defendants in the course of this litigation, plaintiff shall reimburse defendants for the amount expended on travel costs in connection with the Dallas depositions.

All other dates set forth in the Court's Scheduling Order shall remain in effect.

Date: 8/29/01

By: Celeste E. Culberth

Celeste E. Culberth (#228187)
Leslie L. Lienemann (#230194)
210 North River Ridge Circle
Burnsville, Minnesota 55337
Telephone: (952) 346-0619

**ATTORNEYS FOR PLAINTIFF**

Date: August 30, 2001

By: ______________________
Kathleen M. Mahoney (#66588)
David Jordan-Huffman (#271676)
Scott S. Payzant (#225907)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANTS**

**IT IS SO ORDERED:**

Date: 8/30/01

BY THE COURT:

By: ______________________
The Honorable John M. Mason
United States Magistrate Judge