UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Fawn Wilson,

Plaintiff,

v.

Brinker International, Incorporated, a Delaware Corporation, and Chili's of Minnesota, Incorporated, a Minnesota Corporation, both doing business under the assumed name, Romano's Macaroni Grill., and Brinker International Payroll Corporation,

Defendants.

Case No. 00-2319 DSD/JMM

**STIPULATION AND AGREEMENT FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**

Whereas, the Pretrial Scheduling Order in this matter requires that all dispositive motions shall be served and filed by May 1, 2002; and

Whereas, the Parties are discussing settlement and desire to settle the dispute without incurring further significant litigation costs.

It is hereby stipulated and agreed, that with the Court's approval, the Parties may adopt the following summary judgment briefing schedule: Plaintiff will serve her responsive pleadings by May 7, 2002 and Defendants will serve their reply pleadings and file all summary judgment pleadings with the Court by May 14, 2002. This briefing schedule will not affect any other deadlines set forth in the Pretrial Scheduling Order or

FILED 4-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the trial readiness date. Accordingly, the parties respectfully request that the Court permit the Parties to adopt the briefing schedule as set forth above.

Dated: April 22, 2002

Oppenheimer Wolfe and Donnelly, LLP

By______________________

Scott S. Payzant
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402

Dated: April 22, 2002

Celeste E. Culberth, 228187
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619

Leslie L. Lienemann, 230194
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619
**Attorneys for Plaintiff**

**ORDER**

Based upon the foregoing Stipulation of counsel and for good cause shown,

IT IS HEREBY ORDERED:

The summary judgment briefing schedule shall be as follows:

Plaintiff shall serve her responsive pleadings on Defendants on or before May 7, 2002.

Defendants shall serve their reply pleadings on Plaintiff and file all summary judgment pleadings with the Court on May 14, 2002.

BY THE COURT:

Dated: April 23, 2002

Honorable David S. Doty
United States District Court Judge

the trial readiness date. Accordingly, the parties respectfully request that the Court permit the Parties to adopt the briefing schedule as set forth above.

Dated: April 22, 2002

Oppenheimer Wolfe and Donnelly, LLP

By ______________________

Scott S. Payzant
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402

Dated: April 22, 2002

______________________

Celeste E. Culberth, 228187
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619

______________________

Leslie L. Lienemann, 230194
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619
**Attorneys for Plaintiff**

the trial readiness date. Accordingly, the parties respectfully request that the Court permit the Parties to adopt the briefing schedule as set forth above.

Dated: April 22, 2002

Oppenheimer Wolfe and Donnelly, LLP

By ______________________

Scott S. Payzant
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402

Dated: April 22, 2002

______________________

Celeste E. Culberth, 228187
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619

______________________

Leslie L. Lienemann, 230194
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619

**Attorneys for Plaintiff**