UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2319(DSD/SRN)

Fawn Wilson,

Plaintiff,

v. **ORDER**

Brinker International, Inc., et al.,

Defendants.

This matter is before the court on the request made by counsel to contact jurors who served in this case. Counsel have assured the court that they have no intention of criticizing the result reached. Accordingly, **IT IS HEREBY ORDERED** that counsel may contact the jurors who served in this case and may contact the District Court Jury Clerk to obtain the jurors' addresses and phone numbers. When contacting the jurors, counsel must inform the jurors that they have absolutely no obligation to comment on the case.

Further, counsel must limit their questions to matters of counsels' style and presentation and must not discuss matters relating to the deliberative process or the substantive issues in the trial.

Dated: November 14, 2002

David S. Doty, Judge
United States District Court

FILED NOV 15 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______