AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Fawn Wilson,

V.

Brinker International, Inc.,
a Delaware corporation, and Chili's of
Minnesota, Inc., a Minnesota corporation, both
doing business under the assumed name
Romano's Macaroni Grill and Brinker
International Payroll Corporation,

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-2319 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' motion for judgment as a matter of law is denied.

Defendants' motion for entry of judgment in favor of defendants is granted.

Plaintiff's motion for judgment as a matter of law on defendants; statute of limitations defense is denied.

March 10, 2003
Date

RICHARD D. SLETTEN, CLERK

Julie M. Rustad
(By) Julie M. Rustad, Deputy Clerk

67

Modified:01/09/03