# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1967/03-2120
00-2319 DSD/SRN

Fawn Wilson,

Appellant/Cross-Appellee,

v.

Brinker International, Inc., a Delaware Corporation; Chili's of Minnesota, Inc., a Minnesota Corporation, both doing business under the assumed name, Romano's Macaroni Grill, and Brinker International Payroll Corporation,

Appellees/Cross-Appellants.

Appeal from the United States District Court for the District of Minnesota.

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

September 1, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
NOV 10 2004
U.S. DISTRICT COURT MPLS